O

# JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON NOBLE HENSLEE,<br><br>               Petitioner,<br><br>     v.<br><br>JOE A. LIZARRAGA, Warden,<br><br>               Respondent. | Case No. CV 16-02426-JGB (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: October 17, 2017

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE